The Honorable Robert S. Lasnik

FILED ENTERED
LODGED RECEIVED

MAR 20 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

12-CV-02150-PLAGR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE SHELLFISH LLC,

    Plaintiff,

v.

UNITED STATES CORPS OF ENGINEERS, et al.,

    Defendants.

No. 2:12-cv-02150 - RSL

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDING

NOTING DATE: March 19, 2013

THIS MATTER having come before the Court upon the Stipulated Motion to Stay Proceeding submitted by the parties hereto, it is hereby ORDERED that the Motion is GRANTED, and all activity in this matter is stayed for a period of 60 days. This stay includes, without limitation, all deadlines, discovery, briefing, hearing, decisions, and orders. IT IS SO ORDERED.

DATED this 20th day of March, 2013.

                    _/s/ Robert S. Lasnik_
                    ROBERT S. LASNIK
                    United States District Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO STAY PROCEEDING - 1

PLAUCHÉ & CARR LLP
811 First Avenue, Suite 630
Seattle, WA 98104
Phone: 206-588-4188
Fax: 206-588-4255